PER CURIAM.
Affirmed. Smith v. State, 85 So.3d 551 (Fla. 4th DCA 2012); Davis v. State, 69 So.3d 315 (Fla. 4th DCA 2011); Hernandez v. State, 61 So.3d 1144 (Fla. 3d DCA 2011), rev. granted, 81 So.3d 414 (Fla.2012); Barreneche v. State, 80 So.3d 455 (Fla. 1st DCA 2012); Barrios-Cruz v. State, 63 So.3d 868 (Fla. 2d DCA 2011); Castano v. State, 65 So.3d 546 (Fla. 5th DCA 2011).
MAY, C.J., WARNER and CIKLIN, JJ., concur.